# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff–Appellant,

v.

## CLARK COUNTY, NEVADA, Defendant–Appellee.

### No. 10–16216.

United States Court of Appeals, Ninth Circuit.

Submitted May 17, 2012.

Filed June 14, 2012.

Gail S. Coleman, Carolyn L. Wheeler, Washington, DC, Connie K. Liem, San Diego, CA, Derek W. Li, Esquire, Sue J. Noh, Esquire, Anna Y. Park, U.S. Equal

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Employment Opportunity Commission, Los Angeles, CA, for Plaintiff–Appellant.

Eva Garcia–Mendoza, Luther M. Snavely, III, Garcia–Mendoza & Snavely Chtd., Las Vegas, NV, for Defendant–Appellee.

Before: THOMAS, McKEOWN, and W. FLETCHER, Circuit Judges.

MEMORANDUM *

The Equal Employment Opportunity Commission ("EEOC") appeals the judgment entered against it on its age discrimination claims filed against Clark County, Nevada. We affirm.

Considering "all of the incidents of the relationship" between Clark County and its unpaid firefighters under the undisputed facts, the district court did not err in concluding that the balance of factors favors granting volunteer status, not employee status, to Clark County's volunteer firefighters under the Age Discrimination in Employment Act. *Clackamas Gastroenterology Assoc. v. Wells,* 538 U.S. 440, 451, 123 S.Ct. 1673, 155 L.Ed.2d 615 (2003) (internal quotation marks omitted). Therefore, the district court's grant of summary judgment was proper.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.